USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UFCW LOCAL 174 COMMERCIAL HEALTH
CARE FUND and UFCW LOCAL 174 RETAIL
PENSION FUND,

       Petitioners,

 -against-

GRISTEDE'S FOODS, INC. and NAMDOR, INC.
d/b/a NAMDOR, GRISTEDE'S FOODS, INC.
d/b/a GRISTEDES, GRISTEDE'S FOODS, INC.
d/b/a RED APPLE, and GRISTEDE'S FOODS,
INC. d/b/a SUPERMARKET ACQUISITIONS,

       Respondents.

------------------------------------------------------------x

04 Civ. 7026 (GEL)

**ORDER AND OPINION**

GERARD E. LYNCH, District Judge:

  The parties in the above-captioned action having appeared before the Court on April 14, 2005 it is hereby ORDERED that the petitioners' motion to amend the petition to include all outstanding arbitration awards obtained against respondents as of April 14, 2005, is GRANTED for the reasons stated at the conference. It is further ORDERED that, unless the case settles, the parties, including respondents' chairman and one of petitioners' principals, are directed to appear before the Court on April 22, 2005 at 11:30 a.m. for oral argument on the merits of the petition, as amended.

SO ORDERED.

Dated: New York, New York
   April 18, 2005

             _____
             GERARD E. LYNCH
             United States District Judge